## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **8:07CR213** |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **TERRY G. HAMMOND,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the court on the motion to withdraw as counsel for the defendant, Terry G. Hammond (Hammond), by Assistant Federal Public Defender Julie B. Hansen and the office of the Federal Public Defender (Filing No. 25). The court held a hearing on the motion on October 1, 2007. During an *ex parte* in camera discussion with Ms. Hansen and Hammond, the court determined the attorney-client relationship between Ms. Hansen and Hammond had ruptured to the point where the relationship could not be retrieved and the motion should be granted.

The court further determined Hammond remains eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska, and substitute counsel will be appointed.

**IT IS ORDERED:**

1. The motion of Ms. Hansen and the Office of the Federal Public Defender to withdraw (Filing No. 25) is granted.

2. Glenn A. Shapiro is appointed to represent Hammond for the balance of these proceedings pursuant to the Criminal Justice Act. Mr. Shapiro shall file his appearance herein forthwith.

3. Ms. Hansen shall forthwith provide Mr. Shapiro with the discovery materials provided the defendant by the government and such other materials obtained by Ms. Hansen which are material to Hammond's defense.

4.	Hammond is given **until October 15, 2007**, in which to file any objections to the Report and Recommendation (Filing No. 23) recommending Hammond's motion to suppress (Filing No. 11) be denied.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to Mr. Shapiro.

DATED this 2nd day of October, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge