# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TERRY G. HAMMOND,<br><br>    Defendant. | 8:07CR213<br><br>JUDGMENT |

For the reasons discussed in the Memorandum and Order of this date,

IT IS ORDERED:

1. The Court has completed the initial review of Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 74;

2. Upon initial review, the Court summarily dismisses Defendant's claims raised in the § 2255 motion;

3. The Clerk is directed to mail a copy of this Judgment to the Defendant at his last known address.

DATED this 31st day of October, 2017.

            BY THE COURT:

            s/Laurie Smith Camp
            Chief United States District Judge